UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                  22-CR-124 (3) (NEB/DTS)

MAHAD IBRAHIM,

                Defendant.

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                  22-CR-222 (NEB/DTS)

LIBAN YASIN ALISHIRE, ET AL.,

                Defendants.

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                  22-CR-223 (NEB/DTS)

AIMEE MARIE BOCK, ET AL.,

                Defendants.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.    22-CR-224 (NEB/DTS)

QAMAR AHMED HASSAN, ET AL.,

        Defendants.

UNITED STATES OF AMERICA,

        Plaintiff,

v.    22-CR-225 (NEB/DTS)

SHARMAKE JAMA, ET AL.,

        Defendants.

UNITED STATES OF AMERICA,

        Plaintiff,

v.    22-CR-226 (NEB/DTS)

HAJI OSMAN SALAD, ET AL.,

        Defendants.

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                          22-CR-277 (NEB/DTS)

MEKFIRA HUSSEIN, ET AL.,

        Defendants.

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                          22-CR-293 (NEB/DTS)

MOHAMED MUSE NOOR,

        Defendant.

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                          23-CR-80 (NEB/DTS)

AYAN FARAH ABUKAR,

        Defendant.

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                              23-CR-82 (NEB/DTS)

SHARON ROSS,

                Defendant.

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                              24-CR-13 (NEB/DTS)

SAID EREG, ET AL.

                Defendants.

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                              24-CR-15 (NEB/DTS)

IKRAM YUSUF MOHAMED, ET AL.

                Defendants.

## ORDER

Effective today, any Defendants charged in the related cases connected to the "Feeding Our Future" investigation shall contact the Court (Courtroom Deputy for Judge Nancy E. Brasel) if they plan to attend trial in any of the related cases. Defendants may attend trial; however, based on recent security issues, the Court needs 24 hours advance notice to set up an overflow viewing location. The overflow viewing location will be on a floor other than the 13th floor.

The Court orders counsel for Defendants charged in these cases to notify their clients of this Order. Counsel shall contact the Court with any viewing requests in accordance with this Order. During trial, Defendants charged in the related cases are not to come to the 13th floor.

Dated: February 19, 2025

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge

5